IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS M. JOHN-CHARLES,

    Plaintiff,                      No. CIV S-11-0568 KJM GGH P

    vs.

GARY SWARTHOUT, et. al.,

    Defendants.               FINDINGS & RECOMMENDATIONS

/

        By order filed June 17, 2011, the court granted plaintiff twenty-eight days to file a second amended complaint. In the June 17th order, the court informed plaintiff of the deficiencies in his first amended complaint. The twenty-eight day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.[1]

        For the reasons given in the June 17th, order, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written

---

[1] Mail sent to plaintiff has been returned as undeliverable, but plaintiff has failed to inform the court of an updated address.

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 9, 2011

                            /s/ Gregory G. Hollows
                UNITED STATES MAGISTRATE JUDGE

GGH: AB
char0568.fta